ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

| County | ID | Lawyer |
|---|---|---|
| Philadelphia | 87937 | Balakhani, A. Elizabeth |
| | 206938 | Barba, Christine Leigh |
| | 22616 | Baritz, Kenneth Lee |
| | 91558 | Barth, Alexander Francis |
| | 308371 | Bond, Robert |
| | 77891 | Boudreau, James Norman |
| | 73546 | Brand, Robert P. |
| | 310901 | Brewington, Fareeda Halima |
| | 29987 | Canavan, Kevin |
| | 310486 | Carey, Lauren E |
| | 201619 | Carroll, James Connor |
| | 76801 | Casperson, Patricia |
| | 42261 | Cawley, Michael J. |
| | 85306 | Chisholm II, Donald |
| | 35452 | Cohen, David Louis |
| | 69869 | Cohen, Elliot Marc |
| | 54140 | Collins, Brendan K. |
| | 37162 | Connor, William M. |
| | 316345 | Crockett, Jacob Lee |
| | 65271 | Denious, David Stewart |
| | 93758 | Diamond, Scott Eric |
| | 67005 | Dudrear, David J. |
| | 202154 | Duffy, Gregory Peter |
| | 82641 | Eagles, Michael Joseph |
| | 31237 | Fox, Gregory John |
| | 63415 | Funaro, Cynthia M. |
| | 82393 | Gallucci Jr., Richard D. |
| | 92057 | Galvin, Carey Elizabeth Grace |
| | 68808 | Gamburg, Robert Marc |
| | 78624 | Geer, Richard Charles |
| | 314806 | Gelber, Harrison Randolph |
| | 31171 | Giampietro, Michael F. |
| | 85979 | Glaser, Zachary C. |
| | 61779 | Goggin III, Robert St. Leger |
| | 82983 | Gossett Jr., George |
| | 25393 | Grinspan, Edward M. |
| | 80446 | Haberman, Leonard Philip |
| | 52372 | Hall, Clayton |
| | 71370 | Hamilton, Andrew |
| | 30246 | Hemphill, Jean C. |
| | 205796 | Holmes, Caleb Jonathan |
| | 83693 | Hornik, Avram Daniel |
| | 321503 | House, Kia Nichole |
| | 37953 | Ingerman, Laurie Kreithen |
| | 92569 | Jackson, Bacardi Light |
| | 79837 | Kamstra, John P. |
| | 88823 | Klein, Joshua Thomas |
| | 205433 | Krause, Arielle Spells |
| | 88422 | Lambert, Michael Christopher |

```
         319894  Landis, Patrick Joseph
          37612  Lefco, Deborah
         312616  Leite-Young, Robert Captain
          87193  Leonard, Ryan Lane
```
DATE: 07/17/2018       PENNSYLVANIA CONTINUING LEGAL EDUCATION       PAGE: 2
TIME: 14:31:12                 NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                    ACTIVE

                                                                        REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

```
Philadelphia( Continued )        81410  Leone, David S.
                                 84960  Manos, Pauline J.
                                 50278  Mazurek, Edward Stephen
                                 92425  McCracken, Megan K.
                                 53928  McHugh, Walter
                                 26798  McMahon Jr., John J.
                                 43746  Mezrow, Steven M.
                                 81331  Mills, Craig Douglas
                                 82542  Murland, Brian Lee
                                316370  Neff, Jacob Ross
                                321342  Origlio III, Dominic Anthony
                                308965  Oyejide, Adewale
                                 54408  Pallas, George E.
                                 38127  Perelman, Donald Louis
                                 30634  Peruto Jr., A. Charles
                                 86346  Quinn, Sean E.
                                 64987  Rodgers, Adam J.
                                 79771  Rogers, Craig Alston
                                 26929  Ross, Andrew S.
                                 72537  Schober, Henry William
                                310123  Schwartz, Jeffrey Colin
                                 90352  Scrivner, Katharine Warwick
                                314824  Segal, Adam M
                                 15416  Shingles, Stanley M.
                                 51769  Spencer, Craig A.
                                319859  Squadroni, Joseph Michael
                                 14731  Stein, Elias H.
                                 63541  Sullivan, Thomas Christopher
                                 92104  Tadross, George Raphael
                                 91905  Timms, Derek Guy
                                 40688  Weinberg, Philip I.
                                306861  Weisberg, David Joel
                                 57974  Wolfsohn, David Jon
```

```
DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 3
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
```
_____

```
Lancaster                      78600   Chairs, Mary P.
                              315835   Hecker, Rick Joseph
                               90762   Kelly, Matthew Timothy
                              205058   Taylor, Meredith Ann
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 4
TIME: 14:31:12                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____
Northampton                        83266  Laliwala, Kanak Ken
                                   95014  Long, Isla Luciano
                                   20181  Morrissey, Walter E.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 5
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

Allegheny                        200202  Abramovitz, Kevin
                                  94516  Aguglia II, Joseph B.
                                  93359  Arnold, Christopher Frederick
                                 208974  Berry, Sarah Kay Drinkwater
                                 312473  Boucaud, Safiya Natalia
                                  18078  Burke Jr., Timothy F.
                                  67553  Burket, Lowell Eugene
                                 311861  Caffas, Allison Theresa
                                  94543  Caroff, Peter Jude
                                 312925  Carvallo Jr., José Manuel
                                  76292  Chiu, Bruce Hueiley
                                 202248  Clark II, George Elmer
                                  41109  Cribbins, Kathleen Anne
                                  75765  Desimone, Jane
                                  80152  Engel, Annie Hanna
                                  63212  Filek Jr., R. Rudy
                                 205587  Giaramita, Anthony Joseph
                                  65322  Ging, Terrence Michael
                                  83771  Kane, John R.
                                 200455  Kelly, Brendan Berrey
                                  40040  Klink, Jeffrey Merle
                                  26044  Levicoff, Avrum
                                  87640  Marquette, Matthew Stephen
                                  80836  McBride Jr., James Emmett
                                 311165  McCluskey, Alexandra Kutchins
                                 312707  McCune, Joseph Patrick
                                  29005  McDunn, Mary Ann
                                 307697  McGrann, Owen Jacob
                                 209265  Merrick, Peter Robert
                                  93341  Myers, Rebecca Anne
                                  79897  Nzambi, Paulo Alexandre N. M.
                                  89054  Parker, Amy Kerr
                                 314679  Parmelee, Maxwell Thomas

```
310356  Raymond, Andrew Duncan
 73015  Rivetti, Daniel L.
314846  Schafer, Nicholas Justin
315128  Sizemore, Tiffany Elizabeth
 63223  Smith, Bryan Joseph
 91210  Starz, R. Hagen
308130  Stevenson, Robert William
 00363  Talarico, Joseph D.
205126  Tomasic, Timothy Nicholas
 91863  Tryczynski, Christina
 20226  Vincler, Robert Paul
307599  Wotus, Ryan Matthew
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

_____

```
Erie                          79582  Agresti, David Charles
                             312543  Nowak, Andrew Steven
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

Bucks                              45867  Cohen, Janet Lynn
                                   92684  Cosby, Ersula Drena
                                   36426  Crawford, Thomas F.
                                  307934  Frydman, Jeffrey
                                   95089  Guzzardo, Joseph P
                                   80158  Hunt, Tracy Paul
                                   78381  Mitsch, Gregory Francis
                                   61408  Morris, Melissa C.
                                  308500  Orr, Patrick Joseph
                                   63268  Pizzo, Joseph William
                                   48241  Savidge, Paul James
                                   23279  Warenda Jr., John Joseph

```
DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 8
TIME: 14:31:12                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
```

---

| County | ID | Name |
|---|---|---|
| Cumberland | 90810 | Clepper, Derek R. |
| | 39702 | Gutshall, Charles Emory |
| | 65551 | Hitchings, Joseph Lance |
| | 307543 | Jameson, Daniel Robert |
| | 93691 | Jones, Aaron David |
| | 317732 | Kelly, Kevin |
| | 31116 | Welsh, Deborah Myers |

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 9
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                     ACTIVE
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____
Westmoreland                     39078  Morrison, Steven Laine

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 10
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____
_____
Luzerne                           92167  Corbin, Richard Francisco
                                  78402  Ratchford, Christopher P.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 14:31:12                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr

                                        ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

Dauphin                        79456   Feather, Gregory Michael
                              201352   Keisling, Bret
                               82498   Reavey, Donald R.
                               79412   Russell, Richard G.
                               87588   Scalia, Christopher Michael
                               81738   Stein, Scott Arthur
                               16283   Wood, Richard B.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

Chester                          206627   Blosenski, Joshua
                                  67472   Canniff, Brian P.
                                  53175   Carey, Robert John
                                 309604   Frens, Colleen Mary
                                 208058   Jurgensen, Teresa Lynn

```
310185  Lucking, Andrew Charles
201275  McNulty, Brian Joseph
 83537  Montgomery-Budd, Angela EM
 70198  Reynolds, Nicholas Richard
 29657  Sehl, Michael D.
 87271  Sossman, Meredith Anne
 67351  Staropoli, Charles C.
 80851  Tabasso, Anthony P.
201016  Tipping, Marykate
 33130  Tordella, Philip Albert
 85718  Tuk, Joseph Bryan
 39680  Wait, Judith Best
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 14:31:12                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____

York                                   26152  Hilbert Jr., Perry A.

```
 53137  Moore, Edna M.
 48369  O'Rourke, Michael J.
205238  Place, Brian Richard
 59836  Pomerantz, Jane
 86772  Scheidemann, John R.
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 14:31:12                       NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                          ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME

CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____
Berks                                  89212  Batson, Dean R.
                                       56331  Daringer, James Allen
                                       52854  Odom, Thomas H.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

| Washington | | |
|---|---|---|
| | 61686 | Clingerman, Kristin Anne |
| | 42915 | Eddy, Thomas G. |
| | 91222 | Fahey III, William Thomas |
| | 209730 | Petrini, Ross Michael |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____
Lycoming                          80351  Confer Jr., Roan J.
                                  66308  Rexroth, Lori A.
                                  82122  Shipman, Patricia Ann

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

Lehigh                           86565  Cincilla, Lisa M.
                                 24547  Cohen, Leighton
                                 87570  Druckenmiller Jr., Peter J.
                                308241  Salomon, Michele

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____

Delaware                         317208   Adams, Kelly J
                                  55869   Armstrong, Daniel A.
                                 205280   Baldini, John Joseph
                                  74827   Bikin, Sally Ann Heckert
                                 202986   Blease, Conrad Robert
                                  49947   DeLuca, Robert A.
                                 307915   Garrity Sr., Keith Francis
                                  80254   Gould, Malcolm Stewart
                                 316704   Govin, Chrisna
                                  94708   Henry, David James
                                  87913   Kennedy, James Ian
                                 318201   Kopena, Jason A
                                  81672   Macchione, Joseph Michael
                                  73792   Maley, Noreen P.
                                  87094   McTear, Brian J.
                                 200367   Morris, Mary Elizabeth
                                  66849   Raynor Jr., Earl DuBois
                                  38992   Ryan, John Elliot
                                  83783   Sater, Dory L.
                                  31586   Stephens, Dennis B.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 19
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____

Susquehanna                          25283  Meagher Jr., Frederick J.

DATE: 07/17/2018            PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 20
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

Mercer                                74693  Moroco, Richard F.

DATE: 07/17/2018             PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 21
TIME: 14:31:12                        NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                           ACTIVE
                                                                                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

_____

Montgomery                         89464   Best, Amber Alicia
                                   17581   Breslin, Walter I.
                                  202873   Brodzinski, Alyssa Julene
                                   84419   Capuano, Stephanie
                                   88431   Chandler, Heather
                                   50184   Datte, Deborah A.
                                   76937   Day, Christopher J.
                                   87901   Deazle, Crystal Danette
                                  312795   Faust, Gregory Scott
                                   34745   Fonash III, John Joseph
                                  205384   Julie, Richard S.
                                  315641   Kamerman, Johanna Victoria
                                   28767   Klauder, N. Jeffrey
                                   85252   Kuhn, Brian Charles
                                  314591   Lee, Hyojin
                                   78789   Leyden, James Joseph
                                  316826   MacMaster-Ho, Alexandria Theresa
                                   76009   Mascaro III, Joseph Patrick
                                   84651   McCafferty, John M.
                                   21759   McHugh, Patrick M.
                                   57494   Murtaugh, Robert J.
                                  319390   Neff, Alexander Edward Gilliam
                                   10357   O'Connell, Daniel H.
                                  308652   Odhner, Christopher Scott
                                   93926   Perelshteyn, Lilian
                                   83585   Platt II, William H.
                                  209459   Reifsnyder, Nicholas James
                                   84573   Richter, Jon Michael

```
 72674  Ritz, Peter B.
 60182  Sciulli, Joseph Nicholas
 86736  Shanahan, Brian Edward
 57144  Singer, Sena
 85466  Smith, Lara Newman
208678  Smith, Philip Michael
 79044  Stevens, Louis Brent
 54017  Tornetta, Paul A.
 56056  Tornetta, Stephen Andrew
 60643  Weinberg, Marc Alan
 58479  White, Robin C.
 69709  Wright, Kelly A.
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

```
Franklin                        22381  Antoun Jr., Frederic G.
                               317250  Djannie, Kyla Renee
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 23
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____
_____

Indiana                          89923   O'Brien Jr., Gerald R.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

_____
Monroe                            318336  Caffese, John Robert
                                  308238  Kesterke, Jacob M

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 25
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____
_____
Wyoming                           308448  Hearn, Jami Layaou

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 26
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

| Lackawanna | | |
|---|---|---|
| | 66453 | Grippo, Maryann J. |
| | 59331 | Hickey II, Eugene F. |
| | 41652 | Manning, Brian E. |
| | 26055 | Wenzel Jr., Francis G. |

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 27
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                         USER ID:
jilgenfr
                                          ACTIVE

                                                                                 REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

Clearfield                        01037  Sughrue, John

DATE: 07/17/2018            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 28
TIME: 14:31:12                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                         ACTIVE

                                                                                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____

Cambria                        80455  Stephens Jr., William L.

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION                 PAGE: 29
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                          USER ID:
jilgenfr
                                        ACTIVE

                                                                                 REPORT:

ctrk_crt

_____

Butler
```
                                    58449  Fischer, Matthew E.
                                    21233  Linn II, Douglas G.
                                   209691  Menon, Courtney Ann
                                    91993  Sanders, Mary Lanell
```

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

Lawrence                              18185  Cohen, William Glenn

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

_____
Perry                         202431  Colon, Jorge Luis

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 32
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____

_____
Out Of State                      313330  Abbitt, Julia Marie Chico
                                  311001  AbdulMalik, Musa
                                  317731  Aderholt, Molly Jenine
                                   76391  Annas Jr., James L.
                                  203687  Anthes, George
                                  315077  Baker Jr., Marvin Joel
                                   75015  Bass, Christopher Gerhard
                                   36394  Berney, Elizabeth Ann
                                  316081  Bogale, Tsedey Abai
                                  207538  Branche, Benjamin Thunder
                                   78972  Brick, William Decker
                                  319637  Brock, Cameron Ross
                                  207947  Brown, Tracey L.
                                  319901  Buckley, Jocelyn Louise
                                   79406  Burry, Douglas E.
                                   94705  Butler, Matthew Christopher
                                   44904  Byrd Jr., Vernon Randolph
                                   93803  Calcaterra, Regina Marie
                                   36130  Camilli, Susan M.
                                   84147  Carpenter, Megan Margaret
                                   82716  Carr, Jeffrey Arthur
                                  205281  Causey, Sara Elizabeth
                                  202117  Chacko, Ayesha Sarah
                                   94318  Chambers Jr., Mitchell Lee
                                   86703  Cohen, Philice Krevolin
                                  200586  Connelly Jr., Thomas Patrick
                                  312010  Cousins, LaDonna Marie
                                   88503  Crawford, Peter Andrew
                                  202178  Daly, Elizabeth Anne
                                  315636  Darling, Heather Jo
                                   45516  DeSantis, William J.
                                   93806  Delaney, William Joseph
                                   84386  DiCerbo, Nicholas Anthony
                                   90077  DiMichele, Roberto
                                  313226  Dubin II, Morton Donald
                                  321577  Dunn, Paul Christopher
                                   92921  Fine, Adam Dimitri
                                   67194  Fingles, Ira M.
                                   63630  Fishel, David Lavern
                                   90318  Ford, Meghan Mary Ellen
                                  209824  Freeburg, David Andrew
                                   55768  Friedman, Benjamin S.

```
            89006  Gaylord, Samuel Michael
            35337  Gebauer, Jay A.
           203500  Gibson, Joseph Robert
           307929  Goldate, Melissa Sue
            37365  Goldberg, Ruth Parzen
            41982  Goldfield, Mitchell Lee
            53235  Grayson, Zachary L.
            49984  Hansen, Eric Mark
            85363  Harris, John Gerard
            68087  Haverly, Martin D.
           308024  Hays, Corinne Keating
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 33
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                          REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____
_____

```
Out Of State( Continued )     67523  Healey, William Henry
                             311383  Henry, Meghan Elizabeth
                              71310  Herrel, Maria Geercken
                              31482  Himmelreich, David B.
                              87910  Hoover, Jennifer R.
                             320155  Hudson, Jennifer Ruth
                              64685  Hurley Jr., Rupert Bogle
                             310782  Johnson, Jared A.
                             313245  Jones, Kristen
                             207864  Joy, Michael Paul
                              30746  Kane, Barbara Stewart
                             320412  Kanoff, Daniel Ryan
                              52961  Kariss, Richard C.
                              54935  Kassap, Karen E.
                             308924  Kenton Jr., Lestin Leroy
                             308436  Kirk, John Alexander
                              59077  Kitain, Barry Howard
                              70282  Klein, Jonathan Samuel
                             315567  Koshy, Ann Elizabeth
                              86848  Kovatch Jr., William James
                              74176  La Barca, Anjella Mary
                             202023  Latorre, Elizabeth Gladys
                              59536  Lattimer Jr., Richard McLaren
                             307181  Lee, James Ephraim
                              28903  Lenns, Charles A.
                              35319  Lichtenstein, Russell Lane
                             317388  Liddell, James Clark
                              84975  Lipkin, Gary William
                              61339  Lomax, Gregory A.
                              85219  Lopez-Baldrich II, Pedro Jose
                              64356  MacKenzie, Heather A.
                             308657  Mammen, Ajay Philip
                              82728  Manganello, Christopher M.
                             319292  Marshall, John Paul
                              43755  Masciocchi, Thomas G.
                             210092  McCreary, Anthony Rashard
                              62309  McCune, Daniel L.
                              84567  McDonald, Matthew M.
```

```
         33674  McGinley, Patrick C.
         89134  McNulty, Thomas B.
        205878  Mehta, Aneesh Ashish
         72519  Moazed, Shirine E.
        313206  Morris, Elisa Lee
        206815  Morris, Stefanie LaDawn
        308209  Norton, Sean Justin
         31194  Oller, Richard S.
         36730  Payne, Charles Lee
         16776  Payne, Glen Alan
         39277  Perry, Christopher J.
         71448  Peshkin, Daniel J.
         55347  Piccone, Louis Alfred
         71723  Podolnick, Matthew
         42039  Prokop, David Bradley
```

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 34
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                      ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

```
Out Of State( Continued )          17037  Quinn, Francis F.
                                   74745  Rappold, Bernadette M.
                                   92577  Redford-Hall, Judith Anne
                                  170183  Reynolds Jr., Thomas Edward
                                   49228  Richey, Ronald Darwin
                                   55470  Rockefeller, Nicholas
                                   33021  Ruben, Richard Barnett
                                   17799  Sabat, Richard J.
                                  315654  Sadaka, Mark Theodore
                                  309112  Salicrup, Alejandro Jose
                                   63111  Santaniello, Cheryl Ann
                                   59047  Scanlon, Peter John
                                   76613  Schmidt, Gregory P.
                                   60917  Seltzer, Elizabeth M.
                                   48325  Shaird, Willie B.
                                   94148  Sitaraman, Nicole Williams
                                  313269  Smith, Gretel
                                   68115  Sobel, Bruce Lewis
                                  206208  Soper, Christopher Paul
                                   53971  Steinberg, Saul J.
                                   35387  Stewart, Howard P.
                                   87869  Sunseri, Anthony C.
                                  311046  Tate Jr., Charles Louis
                                   93446  Theberge, Shiloh Dawn
                                   28683  Turner, Michael Paul
                                  200898  VanValkenburg, Erin Edward
                                   45372  Vassallo, Carol L.
                                  314153  Vitale, Amy Katherine
                                  308075  Wallace, Christopher John
                                   89677  Warren Jr., Bruce K.
                                  208599  Wenner, Richard Wills
                                   92101  Wilkerson, Deneen
                                  316745  Williamson, Steven Godwin
                                   58711  Wolff, Nancy E.
```

COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 426

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 35
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                         LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED
_____

Chester                       318275  Wagner, Jane Maria

DATE: 07/17/2018          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 36
TIME: 14:31:12                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                         LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 12312017 GROUP 3, REINST FEE ASSESSED

_____
_____
Montgomery                        317197  Levin, Marc Elliot
                                  318290  Mehes, Ildiko


        COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL   STATUS IS 3


     TOTALS PER COUNTY:

          Philadelphia              86
          Lancaster                  4
          Northampton                3
          Allegheny                 45
          Erie                       2
          Bucks                     12
          Cumberland                 7
          Westmoreland               1
          Luzerne                    2
          Dauphin                    7
          Chester                   17
          York                       6
          Berks                      3
          Washington                 4
          Lycoming                   3
          Lehigh                     4
          Delaware                  20

```
Susquehanna                    1
Mercer                         1
Montgomery                    40
Franklin                       2
Indiana                        1
Monroe                         2
Wyoming                        1
Lackawanna                     4
Clearfield                     1
Cambria                        1
Butler                         4
Lawrence                       1
Perry                          1
Out Of State                 140
Chester                        1
Montgomery                     2


TOTAL NUMBER OF LAWYERS REPORTED:     429
```